IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT MARTIN,**

    **Plaintiff,**

  vs.                                  **Case No. 2:15-cv-2435**
                                           **Judge Smith**
                                           **Magistrate Judge King**

**HFC,** *et al.***,**

    **Defendants.**

## ORDER

On October 21, 2015, plaintiff was granted thirty (30) days to pay the full filing fee in this action and was advised that his failure to do so will result in the dismissal of the action for want of prosecution. (*See Order*, Doc. 9). Plaintiff has failed to pay the filing fee.  It therefore appears that plaintiff has abandoned the prosecution of this action.

This action is therefore **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.


                                                */s/ George C. Smith*
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**